| | |
|---|---|
| ST44 Rev. 10/23<br>Derived from AO44 Rev. 10/23 | **UNITED STATES DISTRICT COURT**<br>Northern District of Ohio |

Invoice No.: 20250854

Eric Nemecek

**MAKE CHECKS PAYABLE TO:**
Heidi Blueskye Geizer
Official Court Reporter
801 W. Superior Ave.
7th Floor - Court Reporters
Cleveland, OH 44113
(216) 357-7092
Heidi_Geizer@ohnd.uscourts.gov

**X** CRIMINAL   __ CIVIL

DATE ORDERED: 07-14-2025

DATE DELIVERED: 07-14-2025

**In the matter of:** 24CR0277, USA v Galasso, Evan

Transcript of Evidentiary Hearing on Motion to Suppress before Hon. Bridget Meehan Brennan 1/27/2025.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | 192 | 1.10 | 211.20 | | | | 211.20 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 211.20 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 211.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/Heidi Blueskye Geizer

DATE: 07-14-2025

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR